# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-273-GMN-DJA |
| Plaintiff, | **Order Granting Motion to Dismiss the Indictment** |
| v. | |
| EDGAR FLORES-HERRERA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Edgar Flores-Herrera.

TODD BLANCHE
Deputy Attorney General of the United States

*/s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to Edgar Flores-Herrera, it is hereby ordered that the warrant for his arrest, issued October 22, 2019, is quashed. In addition, there is no longer reason to keep this case under seal. Accordingly, it is hereby ordered that this case, including the Criminal Indictment, be unsealed.

DATED this ___31___ day of ___March___, 2026.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE